**Order entered October 25, 2017**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-17-01114-CV

## MATTHEW D. STERN, Appellant

## V.

## BELLA CUSTOM HOMES, INC. AND TONY VISCONTI, Appellees

**On Appeal from the County Court at Law No. 2**
**Dallas County, Texas**
**Trial Court Cause No. CC-16-00079-B**

## ORDER

Before the Court is the October 23, 2017 request of court reporter Lanetta Williams for an extension of time to file court reporter's record. We **GRANT** the request. The reporter's record shall be filed by Tuesday January 16, 2018. Further requests to extend time will be disfavored.

/s/      CAROLYN WRIGHT
CHIEF JUSTICE